```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                             CASE NO. 07 B 16106
   EVERTON D GRAHAM
   DENESE A GRAHAM                                 CHAPTER 13

                                                   JUDGE: A. BENJAMIN GOLDGAR
           Debtor
   SSN XXX-XX-9738     SSN XXX-XX-5777


----------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 09/04/07 .

    2.   The case was dismissed without confirmation, 02/01/2008.

    3.   The Debtor paid a total of $   7058.00 .

    4.   The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAS SERVICING CO | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAS SERVICING CO | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| AMERICAS SERVICING CO | SECURED | .00 | .00 | .00 |
| AMERICAS SERVICING CO | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| CONTINENTAL VILLAGE OWNE | SECURED | NOT FILED | .00 | .00 |
| ACC CONSUMER FINANCE | SECURED VEHIC | .00 | .00 | 2942.40 |
| CITIFINANCIAL AUTO | SECURED VEHIC | .00 | .00 | 1810.25 |
| MONTEREY FINANCIAL SVCS | SECURED | 58.22 | .00 | 58.22 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| BANK ONE | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| DEBT RECOVERY SOLUTIONS | UNSECURED | NOT FILED | .00 | .00 |
| DIRECTV | UNSECURED | NOT FILED | .00 | .00 |
| ICS INC | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| LOU HARRIS | UNSECURED | NOT FILED | .00 | .00 |
| LVNV FUNDING | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NORTH SHORE GAS | UNSECURED | NOT FILED | .00 | .00 |
| PROFESSIONAL ADJ SERV | UNSECURED | NOT FILED | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |

          Summary of disbursements:
----------------------------------------------------------------------------
                   SECURED      PRIORITY    UNSECURED     OTHER      TOTAL
----------------------------------------------------------------------------

```
TOTAL CLMS ALLOWED         58.22           .00         .00         .00        58.22
PRINCIPAL PAID           4810.87           .00         .00         .00      4810.87
INTEREST PAID                .00           .00         .00         .00          .00
TOTAL PAID               4810.87           .00         .00         .00      4810.87
```
The Debtor's attorney, TIMOTHY K LIOU                , was allowed $   3500.00
and was paid $   3011.80   direct and $    488.20   through the plan.

The Trustee received $     270.48 .

Refunds to the Debtor totaled $    1488.45 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 06/24/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE



PAGE   2
CASE NO. 07 B 16106 EVERTON D GRAHAM & DENESE A GRAHAM